**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**KYRA MOSS,**

                 **Plaintiff,**　　　　　　　　　1:16-cv-812
　　　　　　　　　　　　　　　　　　　　　　　　　　　(GLS/DJS)
              **v.**

**THE UNITED STATES OF
AMERICA,**

                 **Defendant.**
_____

**APPEARANCES:**　　　　　　　　　　**OF COUNSEL:**

**FOR THE PLAINTIFF:**

KYRA MOSS
Plaintiff
Pro Se
12 Saint Joseph Terrace
Albany, NY 12210

**Gary L. Sharpe
Senior District Judge**

## ORDER

    The above-captioned matter comes to this court following a Report-Recommendation and Order by Magistrate Judge Daniel J. Stewart, duly filed on September 13, 2016. (Dkt. No. 5.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Report-Recommendation for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 5) is **ADOPTED** in its entirety; and it is further

**ORDERED** that the complaint (Dkt. No. 1) is **DISMISSED** for failure to comply with Federal Rules of Civil Procedure 8 and 10; and it is further

**ORDERED** that, in light of plaintiff's pro se status, she is afforded an opportunity to amend her complaint, **within thirty (30) days** from the date of this Order in full compliance with Federal Rules of Civil Procedure 8 and 10. Plaintiff must also allege claims of misconduct and wrongdoing against defendants that she has a legal right to pursue over which this court has jurisdiction; and it is further

**ORDERED** that, if plaintiff fails to file an amended complaint within thirty (30) days from the date of this order, the clerk is directed to enter judgment without further order of this court; and it is further

**ORDERED** that the clerk of the court serve a copy of this Order upon the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

October 5, 2016
Albany, New York

_____
Gary L. Sharpe
U.S. District Judge